VALENTI LAW APC
Matt Valenti, Esq. (SBN 253978)
10174 Austin Drive #1116
Spring Valley, CA 91979
Phone: (619) 540-2189
Email: mattvalenti@valentilawapc.com

Attorney for Plaintiff Stewart Thompson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART THOMPSON,<br><br>             Plaintiff,<br><br>    vs.<br><br><br>BMW MANAGEMENT, INC.;<br>PELICAN INVESTMENTS #4 LLC;<br>and DOES 1-10,<br><br><br>             Defendants. | Case No.: 8:25-cv-02416-DOC-DFM<br><br>STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii) |

STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II) - 1

Pursuant to F.R.CIV.P. 41 (a)(1)(A)(ii), the parties hereby dismiss this action WITH prejudice as to all parties.

Respectfully submitted,

DATED:  March 25, 2026                    VALENTI LAW APC


By:   */s/ Matt Valenti*
      _____

      Matt Valenti, Esq.
      Attorney for Plaintiff
      Stewart Thompson



DATED:  March 25, 2026                    LAW OFFICE OF COREY E.
                                          TAYLOR, APC


By:   */s/ Corey E. Taylor*
      _____

       Corey E. Taylor, Esq.
       Attorney for Defendants
       BMW Management, Inc. and
       Pelican Investments #4 LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 25, 2026                    VALENTI LAW APC


                                    By:  */s/* Matt Valenti
                                         _____
                                         Matt Valenti, Esq.
                                         Attorney for Plaintiff
                                         Stewart Thompson